No. 93–5997. ELINE v. MTV, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5998. BROOKS v. WOMBACHER ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–5999. BROOKS v. GREER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93–6000. BROOKS v. CHILDS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6002. PIPKINS v. STATE BAR OF NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 93–6003. RUBIANI v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–6004. GARCIA v. UNITED STATES;
No. 93–6104. PAULINO v. UNITED STATES;
No. 93–6120. LOPEZ v. UNITED STATES; and
No. 93–6165. LEONARDO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6005. SCHUSTER v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 93–6013. THOMAS v. NEWSOME, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–6015. ELMORE v. BUNNELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–6016. BRASFIELD v. BRASFIELD. C. A. 10th Cir. Certiorari denied.

No. 93–6017. JAMES v. SHIPLEVY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–6019. JACKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6022. BLAKE v. COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.